[No. 12328-6-III.   Division Three.   September 15, 1992.]

FRAN BIRGE, *Appellant*, v. FRED MEYER, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-01678-1, Susan L. Hahn, J., entered March 20, 1992. *Remanded* by unpublished per curiam opinion.

[No. 12383-9-III.   Division Three.   September 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM H.
BEDWELL, *Petitioner*.

Appeal from a judgment of the Superior Court for Asotin County, No. 91-1-00070-2, John M. Lyden, J., entered March 30, 1992. *Reversed* and *dismissed* by unpublished per curiam opinion.

[Nos. 13776-3-II; 14361-5-II.   Division Two.   September 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
SWINDLER, *Appellant*.

Appeals from judgments of the Superior Court for Clallam County, Nos. 89-1-00150-0, 90-1-00073-6, Grant S. Meiner, J., entered March 30 and October 1, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 11325-6-III.   Division Three.   September 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE
LEE CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-8-00900-0, Michael E. Schwab, J. Pro Tem., entered January 7, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.